Settlement/Hearing: August 1st, 2013
Time:  10:00 A.M.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IN RE:                                               Chapter 13
                                                     Case No.13-11630 SHL

**JEFFREY HAMBURG,**
                                                     **NOTICE OF SETTLEMENT**

                              Debtor(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>**FAILURE TO RESPOND MAY LEAD TO A DISMISSAL OF YOUR CASE**</u>

   **PLEASE TAKE NOTICE,**  that an *Order,* a true copy of which is annexed

hereto, will be presented for signature to the Hon. Sean H. Lane, United States Bankruptcy

Judge, on the 1st day of  August,  2013 at 10:00 A.M. at the United States Bankruptcy Court, U.S.

Customs House, One Bowling Green, New York, New York  10004.

   Hearings on Objections, if any, to be conducted same date and time in Courtroom

610. Written objections or counterorders must be submitted to chambers by no later than close of

 business *three (3) days prior*  to settlement.

   **OBJECTIONS TO PROPOSED ORDER**:

   All objections to a proposed order MUST HAVE the settlement date of the

original notice typed or written on the first page in the upper right-hand corner of the document.

   **COUNTER-PROPOSED ORDERS**:

   All counter-proposed orders should be clearly denominated as such, with the

return date of the original proposed order in the upper right-hand corner of the first page.  A

copy of the transcript, if a  hearing was held, must be submitted with the counter-proposed order.

Dated: White Plains, New York
        June 17TH, 2013

            /s/ Jeffrey L. Sapir
           **Jeffrey L. Sapir (JLS0938)**
           **Chapter 13 Trustee**
           **399 Knollwood Road**
           **White Plains, New York 10603**
           **Chapter 13 Tel. No. 914-328-6333**

**TO:**   United States Trustee
    33 Whitehall Street
    New York, New York 10004

    Jeffrey Hamburg
    P.O. Box 287011
    New York, New York 10128

    Internal Revenue Service
    P./O. Box 8208
    Philadelphia, Pennsylvania  19101-8208

UNITED  STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:                                                    Chapter  13
                                                          Case No.13-11630 SHL
**JEFFREY HAMBURG,**



                                    Debtor
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## <u>ORDER DISMISSING CHAPTER 13 CASE</u>

The Court finds that cause exists to dismiss this case under

11 U.S.C. §1307(c )(1) in that the debtor has caused unreasonable delay that is prejudicial to

creditors by:

           a.      failing to appear at the initial §341(a) meeting of creditors; and

           b.      failing to provide all documentation as required by the Chapter 13 trustee.

The Court further finds that cause exists to dismiss this case under

11 U.S.C. §1307 (c )(4) in that the debtor has failed to remit timely payments to the Chapter 13

trustee as required by 11 U.S.C. §1326;

The Court further finds that the debtor has failed to comply with

11 U.S.C. §521(i) by failing to timely file documents as required under 11 U.S.C. §521(a)(1);

The Court further finds that the debtor failed to comply with

11 U.S.C. §521(e)(2)(A)(i) in that the debtor failed to provide the trustee with copies of federal

and state tax returns for the most recent tax year ending immediately before the commencement

of the case, within seven (7) days prior to the meeting of creditors scheduled pursuant to

11 U.S.C. §341(a).

**IT IS HEREBY ORDERED THAT:**

Pursuant to 11 U.S.C. §§1307 (c )(1, (c )(4), 521(i) and 521(e)(2)(B), this Chapter 13 case is hereby dismissed.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:

                                      Chapter 13
                                      Case No.13-11630 SHL

**JEFFREY HAMBURG,**

                                      **TRUSTEE'S AFFIDAVIT**

                        Debtor(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
STATE OF NEW YORK        )
COUNTY OF WESTCHESTER  )   ss.:

        Jeffrey L. Sapir, being duly sworn, deposes and says:

        1.     He is the standing Chapter 13 Trustee.

        2.     The debtor filed a Chapter 13 proceeding on May 17th,  2013.

        3.     The debtor failed to comply with the provisions of 11 U.S.C. §1307(c)(1), and (c)(4).

        4.     The debtor is in violation of  11 U.S.C.§521(i) of the Bankruptcy Code which requires the debtor to file, in part, payment advices and evidence of other payments received within 60 days.

        5.     The debtor is in violation of §521(e)(2)(A)(i) of the Bankruptcy Code which requires the debtor to provide *seven (7) days prior to the §341(a) meeting of creditors,*copies of federal and state tax returns for the most recent years preceding the commencement of the case, to wit, 2010, 2011 and 2012.

        6.     The debtor failed to remit timely proposed plan payments to the trustee, having remitted -0-  payments, and being, at this juncture, one month in arrears.

        7.     The debtor failed to appear and be examined at the initial 341(a) meeting of

creditors.

       8.      The debtor has created unreasonable delay that is prejudicial to creditors.

       9.      It should be noted that the debtor has filed a prior petition with this Court, to wit, Case No. 12-13951, filed on September 19th, 2012 and dismissed February 19th, 2013.

      **WHEREFORE**, the trustee respectfully requests that the annexed order dismissing this case  be signed.

/s/ Jeffrey L. Sapir
**Jeffrey L. Sapir**

Sworn to before me this
17th  day of  June, 2013
  /s/ Jody L. Kava

Jody L. Kava
Notary Public, State of  New York
No. 4836806
Qualified in Westchester County
Term Expires:  10/31/13

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:                                             Chapter  13
                                                   Case No.13-11630 SHL
**JEFFREY HAMBURG,**


                              Debtor(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


### AFFIDAVIT OF MAILING

STATE OF NEW YORK            )
COUNTY OF WESTCHESTER        )  ss.:

     Lois Rosemarie Esposito, being duly sworn, deposes and says:

     I am not a party to the action herein,  I am over the age of 18 years and reside in the

County of Westchester, State of  New York. On June 17th, 2013 I served a true copy of the within

document, to the herein listed parties at the address(es) designated for that purpose, by mailing same

in a properly  sealed envelope with postage prepaid thereon, in an official depository of the United

States Postal Service within the State of New York to the following:

**TO:**   United States Trustee
      33 Whitehall Street
      New York, New York 10004

      Jeffrey Hamburg
      P.O. Box 287011
      New York, New York 10128

Internal Revenue Service
P./O. Box 8208
Philadelphia, Pennsylvania  19101-8208

 /s/ Lois Rosemarie Esposito
**Lois Rosemarie Esposito**

Sworn to before me this
17th  day of  June, 2013

 /s/ Jeffrey L. Sapir
Jeffrey L. Sapir
Notary Public, State of  New York
No. 02SA8764500
Qualified in Rockland County
Term Expires:  12/31/14