UNITED  STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IN RE:                                                                    Chapter  13
                                                                          Case No.13-11630 SHL

**JEFFREY HAMBURG,**



                                         Debtor
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER DISMISSING CHAPTER 13 CASE

The Court finds that cause exists to dismiss this case under

11 U.S.C. §1307(c )(1) in that the debtor has caused unreasonable delay that is prejudicial to

creditors by:

  a.    failing to appear at the initial §341(a) meeting of creditors; and

  b.    failing to provide all documentation as required by the Chapter 13 trustee.

The Court further finds that cause exists to dismiss this case under

11 U.S.C. §1307 (c )(4) in that the debtor has failed to remit timely payments to the Chapter 13

trustee as required by 11 U.S.C. §1326;

The Court further finds that the debtor has failed to comply with

11 U.S.C. §521(i) by failing to timely file documents as required under 11 U.S.C. §521(a)(1);

The Court further finds that the debtor failed to comply with

11 U.S.C. §521(e)(2)(A)(i) in that the debtor failed to provide the trustee with copies of federal

and state tax returns for the most recent tax year ending immediately before the commencement

of the case, within seven (7) days prior to the meeting of creditors scheduled pursuant to

11 U.S.C. §341(a).

**IT IS HEREBY ORDERED THAT:**

Pursuant to 11 U.S.C. §§1307 (c )(1, (c )(4), 521(i) and 521(e)(2)(B), this Chapter

13 case is hereby dismissed.



*/s/ Sean H. Lane*

Dated: October 10, 2013
      New York, New York

_____

***Sean H. Lane***
***United States Bankruptcy Judge***