# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
One Bowling Green
New York, NY 10004–1408

---

IN RE: Jeffrey Hamburg                                      CASE NO.: 13–11630–shl

Social Security/Taxpayer ID/Employer ID/Other Nos.:         CHAPTER:  13
xxx–xx–2142

---

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Sean H. Lane in this Chapter 13 case.

Jeffrey Hamburg was dismissed from the case on October 10, 2013 .

Dated: October 10, 2013                                     Vito Genna
                                                            Clerk of the Court