# Notice Recipients

District/Off: 0208−1         User: tmercado         Date Created: 10/10/2013
Case: 13−11630−shl           Form ID: 131           Total: 9

**Recipients of Notice of Electronic Filing:**
tr      Jeffrey L. Sapir−13     info@sapirch13tr.com
aty     Jeffrey L. Sapir−13     info@sapirch13tr.com

                                                                TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       Jeffrey Hamburg      PO Box 287011      New York, NY 10128
ust      United States Trustee      Office of the United States Trustee      U.S. Federal Office Building      201 Varick Street, Room 1006      New York, NY 10004
smg      New York State Tax Commission      Bankruptcy/Special Procedures Section      P.O. Box 5300      Albany, NY 12205−0300
smg      United States Attorney's Office      Southern District of New York      Attention: Tax &Bankruptcy Unit      86 Chambers Street, Third Floor      New York, NY 10007
smg      N.Y. State Unemployment Insurance Fund      P.O. Box 551      Albany, NY 12201−0551
smg      New York City Dept. Of Finance      345 Adams Street, 3rd Floor      Attn: Legal Affairs − Devora Cohn      Brooklyn, NY 11201−3719
6115967  INTERNAL REVENUE SERVICE      PO BOX 8208      PHILADELPHIA, PA 19101−8208

                                                                TOTAL: 7